149 A.3d 1

## IN THE MATTER OF JOHN O. PARAGANO, AN ATTORNEY AT LAW (ATTORNEY NO. 015001990)

NOVEMBER 17, 2016

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–366, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **JOHN O. PARAGANO** of **UNION TOWNSHIP,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of three months based on respondent's guilty plea in the Superior Court of New Jersey to the disorderly persons offense of simple assault, in violation of *N.J.S.A.* 2C:1a(1), conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on

honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **JOHN O. PARAGANO** is suspended from the practice of law for a period of three months effective December 16, 2016, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.